**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-27754-ALTMAN**

**LUIZ RICARDO CAVALCANTE DOS SANTOS**,

*Petitioner*,

*v.*

**AFOD CHARLES PARRA**, *et al.*,

*Respondents.*
_______________________________________/

# ORDER

Our Petitioner, Luiz Ricardo Cavalcante Dos Santos, has filed a Petition for Writ of Habeas Corpus, asking us to order the Respondents to afford him (among other things) "removal proceedings under INA § 240" and "a constitutionally adequate individualized custody hearing." Petition for Writ of Habeas Corpus (the "Petition") [ECF No. 1] at 26–27. The Respondents have filed a "notice of non-opposition to Petitioner's request of a bond hearing," explaining that, "[o]n November 6, 2026, [the Office of Principal Legal Advisor, Department of Homeland Security] informed [the Respondents] of their intention to issue a discretionary NTA and remove Petitioner from expedited removal proceedings thereby placing him into INA § 240 proceedings." Notice of Non-Opposition [ECF No. 8] at 1. Accordingly, we **ORDER** the Respondents to give the Petitioner an individualized bond hearing, consistent with 8 U.S.C. § 1226(a), within seven (7) days of this Order. The Petition [ECF No. 1] is **DENIED as moot**, and we **DISMISS** the case ***without prejudice***. The Petitioner may refile his Petition if, after his bond hearing, he remains without relief. We **DIRECT** the Clerk of Court to **CLOSE** this case.

**DONE AND ORDERED** in the Southern District of Florida on November 10, 2026.

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

Noticing INS Attorney
Email: usafls-immigration@usdoj.gov